IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 92-55-1 |
| v. | : | |
| | : | |
| | : | |
| JOSE GONZALEZ-RIVERA | : | |
| | : | |

**ORDER**

AND NOW, this 18th day of May 2012, upon consideration of Defendant's *pro se* Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. No. 205) and the Government's Response in Opposition (Doc. No. 207) and for the reasons stated in the Court's Opinion on this date, it is ORDERED that Defendant's *pro se* Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. No. 205) is DENIED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.